**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam　　　　　　　Date: January 21, 2015
Court Reporter: Mary George
Probation Officer: Nicole Petersen

Criminal Action No.: 14-cr-00076-JLK-2

*Parties:*　　　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　　Barbara S. Skalla

　　　Plaintiff,

v.

2.　　PABLO EDIER SANDOVAL,　　　　　　　Adam M. Tucker

　　　Defendant.

## SENTENCING MINUTES

**10:06 a. m.　Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Mr. Tucker informs the Court that the mother of the Defendant is expected to attend today's hearing.

The Court states that the hearing will resume once the Defendant's mother arrives.

**10:07 a.m.　Court in recess.**

**10:23 a.m.　Court in session.**

Court calls case.

**Change of Plea Hearing:** October 28, 2014.

**Defendant plead guilty to Count One of the Indictment.**

*14-cr-00076-JLK-2*
*Sentencing*
*January 21, 2015*

Preliminary remarks and rulings by the Court.

**ORDERED:   Defendant Pablo Edier Sandoval's Motion for Variance to Base Offense Level And Sentencing Range Pursuant To 18 U.S.C. § 3553 (Filed 1/5/15; Doc. No. 223) is GRANTED.**

**ORDERED:   Government's Motion Regarding U.S.S.G. Section 3E1.1(b) [Filed 1/14/15; Doc. No. 238] is GRANTED.**

**ORDERED:   Government's Motion To Restrict Document No. 244 (Filed1/15/15; Doc. No. 242) is GRANTED.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **8 years**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release: To be determined at a later date.**

Defendant is advised of the right to appeal.

**ORDERED:   Motion To Dismiss Count Three Of The Indictment As to Defendant Pablo Edier Sandoval (Filed 1/21/15; Doc. No. 249) is GRANTED.**

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:42 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 20 minutes.