IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00076-JLK-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CRAIG JAMES KILGORE,
2. **PABLO EDIER SANDOVAL,**
3. MICHAEL RAVI PENA,
    aka "Mike G,"
4. CRISTIAN RAZO SICAIROS,
    aka Cristian Sicairos Razo,
5. SARA MANUELA BARRIOS-SANCHEZ, and
6. STEVE DONALD VIGIL,
    aka "Steve G,"

    Defendants.

---

ORDER TO DISMISS COUNT THREE OF THE INDICTMENT AS TO
DEFENDANT PABLO EDIER SANDOVAL
(Doc. No. 249)

---

    Upon consideration of the Government's Motion to Dismiss Count Three of the Indictment in this case as it pertains to Defendant Pablo Edier Sandoval, and for good cause shown, it is hereby

    ORDERED that Count Three of the Indictment be dismissed as to Defendant Pablo Edier Sandoval.

    DONE AND ORDERED this 22nd day of January, 2015.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      SENIOR JUDGE JOHN L. KANE
                                      UNITED STATES DISTRICT COURT
                                      DISTRICT OF COLORADO