IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00076-JLK-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  PABLO EDIER SANDOVAL,

    Defendants.

---

**ORDER**

---

This matter is before the Court on the defendant's *pro se* communication, docketed as a Motion to Reduce Sentence (Doc. 343).  Mr. Sandoval is represented by counsel, who was asked to review the filing and respond on Mr. Sandoval's behalf.  Upon consideration and for good cause shown,

IT IS ORDERED that in light of defendant's counsel's response and acknowledgment that the relief sought is not available to the defendant, the Court DENIES the motion.

The Clerk shall serve Mr. Sandoval with a copy of this Order by U.S. Mail.

SO ORDERED this 22nd day of January, 2016.

BY THE COURT

_____
John L. Kane
Senior U.S. District Court Judge